FLORA L. VOSE, Appellant, *v.* JOSEPH C. CONKLING, Individually and as Administrator with the Will Annexed of the Estate of ANN M. MILLER, Deceased, et al., Respondents.

*Vose v. Conkling,* 163 App. Div. 956, affirmed.
(Argued February 15, 1918; decided March 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 9, 1914, affirming a final judgment entered upon a prior order of said Appellate Division which reversed an order of Special Term overruling a demurrer to the complaint and sustained such demurrer. Flora L. Vose recovered judgments against Joseph C. Conkling, administrator with the will annexed of Ann M. Miller,

for the deficiency upon the foreclosure of two mortgages executed in the name of his predecessor, Maria L. Conkling, administratrix with the will annexed, upon leasehold premises owned by the testatrix, and sues to subject real estate owned by said testatrix to a lien for the balance of the debt created, not by the testatrix, but by her administratrix with the will annexed.

*John Brooks Leavitt* and *N. Otis Rockwood* for appellant.
*Edgar J. Nathan* and *Alfred H. Cumbers* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.